AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. |
| [1] JOSE ANTONIO DE LEON-PACHE, | ) |
| [2] MELVIN DIAZ-LINAS, and | ) 25-276 (M) |
| [3] MIKILENDY ESPIRITUSANTO-MARTINEZ | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 13 and 14, 2025__ in the county of __--__ in the
__----__ District of __Puerto Rico__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 U.S.C. § 1324(a)(1)(A)(I) & (v)(II) | Aiding & abetting to bring, harbor, smuggle, conceal and transport illegal aliens into the United States **(ALL DEFENDANTS)** |
| 8 U.S.C. § 1325(a) | Improper entry to the United States **(ONLY [1] JOSE ANTONIO DE LEON-PACHE and [3] MIKILENDY ESPIRITUSANTO-MARTINEZ)** |
| 8 U.S.C. § 1326(a) | Reentry of removed alien **(ONLY [2] MELVIN DIAZ-LINAS)** |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.
Reviewed by: SAUSA Steven Liong-Rodríguez
Government respectfully requests temporary detention.

☑ Continued on the attached sheet.

_Complainant's signature_

Luis Polo, Border Patrol Agent
_Printed name and title_

Sworn to before me pursuant to Fed. R. Cr. P. 4.1 by phone this 20th of March, 2025 at 9:19 PM

Date: 3/20/25

_Judge's signature_

City and state: San Juan, Puerto Rico

Hon. Marcos E. López, U.S. Magistrate Judge
_Printed name and title_